UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **KESETE B HINTSA**,<br>    Plaintiff,<br><br>        v.<br><br>**ROCKPORT HEALTH SERVICES**,<br>    Defendant. | Case No. 16-cv-04045-YGR<br><br>**ORDER GRANTING MOTION TO WITHDRAW; SETTING COMPLIANCE HEARINGS**<br><br>Re: Dkt. No. 12 |

Counsel Frank Mayo has filed a Motion to Withdraw as Attorney for plaintiff Kesete B. Hintsa in the above-captioned matter. (Dkt. No. 12.) On November 21, 2016, the Court required a further submission from counsel attesting to the notice provided to plaintiff regarding counsel's motion to withdraw. Counsel for plaintiff filed such declaration on November 22, 2016. (Dkt. No. 15.)

Having carefully reviewed the motion and the papers submitted, and for good cause appearing, the Court **GRANTS** counsel Frank Mayo's motion to withdraw. The Court **ORDERS** counsel to file a declaration confirming that counsel has provided plaintiff with his case file. The Court **SETS** a compliance hearing for **Friday, December 23, 2016** at **9:01 a.m.** in the Federal Building, 1301 Clay Street, Oakland, California, Courtroom 1. By **December 16, 2016**, counsel shall file either (i) a declaration averring that he has provided plaintiff with the case file or (ii) a statement explaining his failure to comply. If compliance is complete, counsel need not appear and the Court may vacate the compliance hearing.

1   The Court further **SETS** a compliance hearing for **Friday, January 27, 2017** at **9:01 a.m.**
2   regarding the status of the arbitration proceedings.  By **January 20, 2017**, the parties shall file a
3   JOINT STATEMENT updating the Court on the status of their arbitration proceedings.  If compliance
4   is complete, the parties need not appear and the Court may vacate the compliance hearing.
5   This Order terminates Docket Number 12.
6   **IT IS SO ORDERED.**
7   Dated: November 30, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**