UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KESETE B HINTSA**,<br>Plaintiff,<br>v.<br>**ROCKPORT HEALTH SERVICES**,<br>Defendant. | Case No. 16-cv-04045-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING; ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 21 |

In light of defendants' submission at Docket Number 21, the Court **CONTINUES** the compliance hearing currently set for February 24, 2017 to **Friday, March 31, 2017** at **9:01 a.m.** in the Federal Building, 1301 Clay Street, Oakland, California, Courtroom 1. No later than **March 24, 2017**, the parties must file a statement indicating that arbitration proceedings have been initiated and updating the Court on the status of such arbitration. If compliance is complete, the Court may vacate the hearing and the parties need not appear.

If arbitration proceedings have not yet been initiated as of that date, the plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. In such case, plaintiff must file by **March 24, 2017** a statement explaining the failure timely to initiate arbitration proceedings. Failure to submit such statement will be deemed an admission that there is no good cause for plaintiff's delay and that dismissal of the instant action for failure to prosecute is appropriate.

**IT IS SO ORDERED.**

Dated: February 22, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**