UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**KESETE B HINTSA**,

    Plaintiff,

v.

**ROCKPORT HEALTH SERVICES**,

    Defendant.

Case No. 16-cv-04045-YGR

**ORDER VACATING COMPLIANCE HEARING; ORDER TO SHOW CAUSE**

Re: Dkt. No. 27

The Court stayed this action on October 3, 2016 based on the parties' stipulation to submit to binding arbitration. (Dkt. No. 10.) On February 22, 2017, the Court ordered plaintiff to show cause explaining the failure to initiate arbitration proceedings. (Dkt. No. 22.) On March 27, 2017, the Court accepted plaintiff's reason for delaying the initiation of arbitration proceedings due to plaintiff's substitution of new counsel, and set a compliance hearing for June 30, 2017 to update the Court on the status of such arbitration proceedings. (Dkt. Nos. 24, 26.) Three months later, plaintiff has yet to do so. (Dkt. No. 27.)

Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. The Court **SETS** a hearing on this Order for **Monday, July 17, 2017** at **9:01 a.m.** in the Federal Building, 1301 Clay Street, Oakland, California, Courtroom 1. No later than **July 10, 2017**, plaintiff must file a statement explaining the failure timely to initiate arbitration proceedings. Failure to submit such statement will be deemed an admission that there is no good cause for plaintiff's delay and that dismissal of the instant action for failure to prosecute is appropriate.

The Court further **VACATES** the compliance hearing currently set for June 30, 2017.

**IT IS SO ORDERED.**

Dated: June 27, 2017

                                          **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT COURT JUDGE**