Jason A. Geller (SBN 168149)
jgeller@fisherphillips.com
Annie Lau (SBN 302438)
alau@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Telephone: 415/490-9000
Facsimile: 415/490-9001

Attorneys for Defendant
BROOKDALE HEALTHCARE & WELLNESS CENTRE, LP
(incorrectly sued as ROCKPORT HEALTH SERVICES
dba WINDSOR HEALTHCARE CENTER OF OAKLAND)

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KESETE B. HINTSA,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKPORT HEALTH SERVICES dba WINDSOR HEALTHCARE CENTER OF OAKLAND A CALIFORNIA CORPORATION<br><br>Defendant. | Case No. 4:16-cv-04045-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Complaint Filed: July 18, 2016<br>Compliance Hearing: September 15, 2017 |

1

IT IS HEREBY STIPULATED between Plaintiff KESETE B. HINTSA and Defendant BROOKDALE HEALTHCARE & WELLNESS CENTRE, LP (incorrectly sued as ROCKPORT HEALTH SERVICES dba WINDSOR HEALTHCARE CENTER OF OAKLAND) ("Defendant") by and through their respective attorneys of record, that the above-referenced action be DISMISSED WITH PREJUDICE as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear their own costs, including attorneys' fees.

**IT IS SO STIPULATED.**

Dated: 8/25, 2017        FISHER & PHILLIPS LLP

                         By: _____
                         Jason A. Geller
                         Annie Lau
                         Attorneys for Defendant
                         BROOKDALE HEALTHCARE &
                         WELLNESS CENTRE, LP
                         (incorrectly sued as ROCKPORT
                         HEALTH SERVICES dba WINDSOR
                         HEALTHCARE CENTER OF OAKLAND)

Dated: August 24th, 2017    By: _____
                         Phillip Hwang
                         Attorney for Plaintiff
                         KESETE B. HINTSA

**[PROPOSED] ORDER**

Good cause appearing, the above-referenced action is hereby DISMISSED WITH PREJUDICE as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own costs, including attorneys' fees.

**IT IS SO ORDERED.**

DATED: August 28, 2017        _____
                         HON. YVONNE GONZALEZ ROGERS
                         United States District Judge